1

2

3

4

5          IN THE UNITED STATES DISTRICT COURT

6          FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8   HENRY JOSEPH CASTILLO,                    1:06-CV-00281-OWW-TAG-HC

9          Petitioner,

10     vs.                                    ORDER GRANTING MOTION TO
                                              PROCEED IN FORMA PAUPERIS
11  M. S. EVANS,
                                              (Doc. 4)
12
           Respondent.
13  _____/

14         Petitioner is a state prisoner proceeding with a petition for writ of habeas corpus pursuant to

15  28 U.S.C. § 2254.

16         Petitioner has filed an application to proceed in forma pauperis and a certified copy of

17  petitioner's prison trust account statement.   (Doc. 4).   Examination of these documents reveals that

18  petitioner is unable to afford the costs of this action.   Accordingly, the motion to proceed in forma

19  pauperis (Doc. 4), is GRANTED.  See 28 U.S.C. § 1915.

20

21

22  IT IS SO ORDERED.

23  Dated:  **May 22, 2006**                        _____/s/ Theresa A. Goldner_____
        **j6eb3d**                                  UNITED STATES MAGISTRATE JUDGE
24

25

26

27

28