# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HENRY JOSEPH CASTILLO,<br><br>　　　　Petitioner,<br><br>　v.<br><br>M. S. EVANS,<br><br>　　　　Respondent. | 1:06-cv-00281-OWW-TAG HC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATION (Doc. 19)<br><br>ORDER GRANTING MOTION TO DISMISS PETITION FOR WRIT OF HABEAS CORPUS (Doc. 14)<br><br>ORDER DISMISSING PETITION FOR WRIT OF HABEAS CORPUS (Doc. 1)<br><br>ORDER DIRECTING CLERK OF COURT TO ENTER JUDGMENT |

　　　Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.

　　　On January 18, 2008, Respondent filed a motion to dismiss the petition as successive. (Doc. 14). On July 8, 2008, the Magistrate Judge assigned to the case filed a Findings and Recommendation recommending the petition for writ of habeas corpus be dismissed as successive. (Doc. 19). This Findings and Recommendation was served on all parties and contained notice that any objections were to be filed within twenty days from the date of service of that order. To date, the parties have not filed timely objections to the Findings and Recommendation.

　　　In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this Court has conducted

a *de novo* review of the case. Having carefully reviewed the entire file, the Court concludes that the Magistrate Judge's Findings and Recommendation is supported by the record and proper analysis.

    Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendation, filed July 8, 2008 (Doc. 19), is ADOPTED IN FULL;
2. Respondent's Motion to Dismiss (Doc. 14), is GRANTED;
3. This petition for writ of habeas corpus (Doc. 1), is DISMISSED as successive; and,
4. The Clerk of Court is DIRECTED to ENTER JUDGMENT and close the file.

This order terminates the action in its entirety.

IT IS SO ORDERED.

**Dated:   August 15, 2008**　　　　　　　　　　　/s/ Oliver W. Wanger
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE